UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAITY MODESTO,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 8638 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 30, 2026, Plaintiff Kaity Modesto ("Plaintiff") filed this action for employment discrimination against Defendant City of New York (the "City"), New York City Department of Education d/b/a New York City Public Schools (the "DOE"), Melanie Mac ("Mac"), and Kamar H. Samuels ("Samuels," with the City, DOE, and Mac, "Defendants"). (Dkt. No. 1 (the "Complaint")). On October 20, 2026, Plaintiff served the summons and Complaint on the City, DOE, and Samuels, making their deadline to respond November 10, 2026. (Dkt. Nos. 16; 17; 19). See Fed. R. Civ. P. 12(a)(1)(A)(i). On October 27, 2026, Plaintiff serve the summons and Complaint on Mac, making her deadline to respond November 17, 2026. (Dkt. No. 18). To date, none of the Defendants have responded to the Complaint. On November 9, 2026, however, counsel for the City, DOE, and Samuels filed a notice of appearance on behalf of those Defendants, indicating that counsel "has not yet made representation decisions with respect to [Mac]." (Dkt. No. 20).

As a one-time courtesy, the Court sua sponte **EXTENDS** Defendants' deadline to respond to the Complaint to **December 2, 2026**. THE COURT WARNS DEFENDANTS THAT FAILURE TO

TIMELY RESPOND TO THE COMPLAINT MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST THEM.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Melanie Mac at 3409 Avenue R, Brooklyn NY 11234.

Dated: New York, New York
November 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**